UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>COMPUCRAFT INDUSTRIES, INC, a California corporation,<br><br>                              Defendant. | Case No.: 3:16-cv-01572-GPC-DHB<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**<br><br>[ECF No. 7.] |

    Before the Court is Plaintiff Coastal Environmental Rights Foundation's ("Plaintiff's" or "CERF's") and Defendant Compucraft Industries, Inc.'s ("Defendant's" or "Compucraft's") Joint Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c).  (Dkt. No. 7.)

    On June 21, 2016, Plaintiff filed a Complaint against Defendant, alleging violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and violations of a 1997 Storm Water Permit at the Compucraft Facility.  (Dkt. No. 1.)  Defendant received notice of the Complaint but failed to file a timely response because it lacked counsel and "failed to appreciate the consequences of any failure to respond to the Complaint due to its lack of familiarity with legal matters."  (Dkt. No. 7 at 2.)  On August

1  16, 2016, the Clerk of Court entered default against Defendant at Plaintiff's request.
2  (Dkt. No. 6.) Despite the entry of default, the parties have come to an agreement that it is
3  in their "mutual interest to enter into a Consent Judgment setting forth terms and
4  conditions appropriate to resolving the allegations set forth in the Complaint without
5  further proceedings." (Dkt. No. 7 at 3.) The parties have agreed to submit their Consent
6  Judgment to the United States Department of Justice and the Environmental Protection
7  Agency for review pursuant to 40 C.F.R. § 135.5. (*Id.*)

8      Having considered the parties' Joint Motion, and good cause appearing, the Court
9  **GRANTS** the parties' Joint Motion to Set Aside Entry of Default.

10      **IT IS SO ORDERED.**

11  Dated: November 3, 2016

                                               Hon. Gonzalo P. Curiel
                                               United States District Judge